IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 18-0004-01-CR-W-DGK |
| JOSEPH SIMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY

On June 20, 2018, the Court ordered Defendant to undergo a competency evaluation. After examining Defendant, Dr. Allison Schenk, Ph.D., concluded he is competent to proceed and prepared a report (Doc. 37) explaining her opinion. Magistrate Judge John T. Maughmer filed a Report and Recommendation (Doc. 36) recommending that the Court find Defendant competent to stand trial. Neither Defendant nor the Government objected to the Report and Recommendation. After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge John T. Maughmer is adopted in its entirety, and this Court finds that Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between June 20, 2018, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date:   October 22, 2018                     /s/ Greg Kays
                                             GREG KAYS, CHIEF JUDGE
                                             UNITED STATES DISTRICT COURT